# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Matthew Marlowe a/k/a Matthew J. Marlowe a/k/a Matthew James Marlowe | CHAPTER 13 |
| Misty Lynn Marlowe a/k/a Misty L. Marlowe a/k/a Misty Marlowe | BKY. NO. 18-12567 PMM |
| Debtor(s) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of The Money Source Inc. and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
25 Jan 2022, 13:24:51, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322