# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Matthew Marlowe a/k/a Matthew J. Marlowe a/k/a Matthew James Marlowe<br>Misty Lynn Marlowe a/k/a Misty L. Marlowe a/k/a Misty Marlowe<br>Debtor(s) | CHAPTER 13 |
| The Money Source Inc.<br>Movant<br>vs. | NO. 18-12567 PMM |
| Matthew Marlowe a/k/a Matthew J. Marlowe a/k/a Matthew James Marlowe<br>Misty Lynn Marlowe a/k/a Misty L. Marlowe a/k/a Misty Marlowe<br>Debtor(s) | 11 U.S.C. Section 362 |
| Scott F. Waterman<br>Trustee | |

## AMENDED CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of The Money Source Inc. for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on February 1, 2022, by first class mail, and/or electronic means upon those listed below:

<u>Debtor(s)</u>
Matthew Marlowe a/k/a Matthew J. Marlowe a/k/a Matthew James Marlowe
830 Walters Street
Bethlehem, PA 18017

Misty Lynn Marlowe a/k/a Misty L. Marlowe a/k/a Misty Marlowe
830 Walters Street
Bethlehem, PA 18017

<u>Attorney for Debtor(s)</u>
John Everett Cook, Esq.
1605 N. Cedar Crest Blvd
Allentown, PA 18194

Trustee
Scott F. Waterman
2901 St. Lawrence Ave. Suite 100
Reading, PA 19606

Office of the US Trustee
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Date: February 1, 2022

/s/ Rebecca A. Solarz, Esq.
_____
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant