United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 18-12567-pmm

Matthew Marlowe                                                                  Chapter 13

Misty Lynn Marlowe

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                         User: admin                                    Page 1 of 2
Date Rcvd: Mar 15, 2022                Form ID: pdf900                           Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
         regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Matthew Marlowe, Misty Lynn Marlowe, 830 Walters St, Bethlehem, PA 18017-6022 |
| cr | + | The Money Source Inc., 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Mar 16 2022 00:02:41 | Capital One Bank (USA) N.A Cabelas Club Visa by Am, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2022 00:02:44 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 16 2022 00:02:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: TheMoneySourceBKNotices@nationalbankruptcy.com | Mar 15 2022 23:54:00 | The Money Source Inc., 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 17, 2022                              Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 15, 2022 | Form ID: pdf900 | Total Noticed: 5 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com |
| JOHN EVERETT COOK | on behalf of Debtor Matthew Marlowe bankruptcy@everettcooklaw.com G29494@notify.cincompass.com |
| JOHN EVERETT COOK | on behalf of Joint Debtor Misty Lynn Marlowe bankruptcy@everettcooklaw.com G29494@notify.cincompass.com |
| KERI P EBECK | on behalf of Creditor Systems & Services Technologies Inc. as servicer for Medallion Bank kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT DAVID FINK | on behalf of Creditor Citizens Bank N.A. sfink@weltman.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Matthew Marlowe a/k/a Matthew J. Marlowe a/k/a Matthew James Marlowe Misty Lynn Marlowe a/k/a Misty L. Marlowe a/k/a Misty Marlowe <br> Debtors | CHAPTER 13 |
| The Money Source Inc. <br> Movant <br> vs. | NO. 18-12567 PMM |
| Matthew Marlowe a/k/a Matthew J. Marlowe a/k/a Matthew James Marlowe Misty Lynn Marlowe a/k/a Misty L. Marlowe a/k/a Misty Marlowe <br> Debtors | 11 U.S.C. Section 362 |
| Scott F. Waterman, Esquire <br> Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$1,352.81** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | February 2022 to March 2022 at $1,084.65/month |
| Suspense Balance: | $816.49 |
| **Total Post-Petition Arrears** | **$1,352.81** |

2. The Debtor shall cure said arrearages in the following manner:

   a). On or before March 31, 2022, the Debtor shall make a payment in the amount of **$1,352.81**;

3. Beginning with the payment due April 1, 2022 and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment of $1,084.65 (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month).

4. Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

5. In the event the payments under Section 3 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing

and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

6. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: February 23, 2022

By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant

Date: 3/3/2022

John Everett Cook, Esquire
Attorney for Debtors

Date: 3/10/22

Scott F. Waterman, Esquire
Chapter 13 Trustee

Approved by the Court this 15th day of March, 2022. However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*

Bankruptcy Judge
Patricia M. Mayer