| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 18-12567-PMM

MATTHEW MARLOWE
MISTY LYNN MARLOWE
830 WALTERS ST
BETHLEHEM  PA    18017-6022

Petition Filed Date: 04/18/2018
341 Hearing Date: 05/22/2018
Confirmation Date: 09/12/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/07/2021 | $524.00 | | 05/10/2021 | $524.00 | | 06/11/2021 | $524.00 | |
| 06/28/2021 | $524.00 | | 08/02/2021 | $524.00 | 8/2/2021 | 09/07/2021 | $524.00 | |
| 10/13/2021 | $524.00 | | 11/08/2021 | $524.00 | | 01/18/2022 | $524.00 | |
| 02/15/2022 | $524.00 | | 03/01/2022 | $524.00 | | 03/21/2022 | $524.00 | |
| 05/02/2022 | $524.00 | | 05/31/2022 | $524.00 | | 07/18/2022 | $584.00 | |

**Total Receipts for the Period: $7,920.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $19,501.72**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA<br>»» 006 | Unsecured Creditors | $987.99 | $116.32 | $871.67 |
| 1 | CITIZENS BANK N.A.<br>»» 01A | Secured Creditors | $693.48 | $693.48 | $0.00 |
| 1 | CITIZENS BANK N.A.<br>»» 01B | Secured Creditors | $2,027.92 | $2,027.92 | $0.00 |
| 13 | QUANTUM3 GROUP LLC as agent for<br>»» 013 | Unsecured Creditors | $145.43 | $15.69 | $129.74 |
| 14 | QUANTUM3 GROUP LLC as agent for<br>»» 014 | Unsecured Creditors | $249.70 | $15.79 | $233.91 |
| 15 | FREEDOM FINANCIAL ASSET MANAGEMENT<br>»» 015 | Unsecured Creditors | $22,550.27 | $2,781.22 | $19,769.05 |
| 3 | GLHEC & AFFILIATES<br>»» 003 | Unsecured Creditors | $6,173.85 | $761.46 | $5,412.39 |
| 4 | GLHEC & AFFILIATES<br>»» 004 | Unsecured Creditors | $2,908.74 | $358.73 | $2,550.01 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 009 | Unsecured Creditors | $559.74 | $65.89 | $493.85 |
| 10 | MOMA FUNDING LLC<br>»» 010 | Unsecured Creditors | $205.41 | $15.03 | $190.38 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $2,091.79 | $246.44 | $1,845.35 |
| 16 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $2,029.79 | $239.14 | $1,790.65 |
| 2 | SYSTEMS & SERVICES TECH INC<br>»» 002 | Secured Creditors | $548.32 | $548.32 | $0.00 |
| 7 | SALLIE MAE<br>»» 007 | Unsecured Creditors | $3,395.04 | $418.75 | $2,976.29 |

**Chapter 13 Case No. 18-12567-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 8 | SALLIE MAE<br>»»  008 | Unsecured Creditors | $5,039.75 | $621.57 | $4,418.18 |
| 5 | US DEPARTMENT OF EDUCATION<br>»»  005 | Unsecured Creditors | $45,699.83 | $5,636.42 | $40,063.41 |
| 12 | WELLS FARGO DEALER SERVICES<br>»»  12S | Secured Creditors | $700.03 | $700.03 | $0.00 |
| 12 | WELLS FARGO DEALER SERVICES<br>»»  12U | Unsecured Creditors | $4,960.93 | $611.87 | $4,349.06 |
| 17 | JOHN EVERETT COOK ESQ<br>»»  017 | Attorney Fees | $1,878.77 | $1,878.77 | $0.00 |
| 17 | THE MONEY SOURCE INC<br>»»  018 | Secured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,501.72 | Current Monthly Payment: | $523.01 |
| Paid to Claims: | $17,752.84 | Arrearages: | $791.35 |
| Paid to Trustee: | $1,690.01 | Total Plan Base: | $25,000.16 |
| Funds on Hand: | $58.87 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.