Certificate Number: 15317-PAE-DE-037518381

Bankruptcy Case Number: 18-12567



15317-PAE-DE-037518381

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 16, 2023, at 1:46 o'clock PM PDT, Matthew Marlowe completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 16, 2023   By:  /s/Christel Raz

Name:  Christel Raz

Title:  Counselor