United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 18-12567-pmm

Matthew Marlowe   Chapter 13

Misty Lynn Marlowe

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4
Date Rcvd: Jul 25, 2023      Form ID: 138OBJ      Total Noticed: 51

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Matthew Marlowe, Misty Lynn Marlowe, 830 Walters St, Bethlehem, PA 18017-6022 |
| 14092911 | Sst/medallion, Attn:Bankruptcy, PO Box 3999, Saint Joseph, MO 64503-0999 |
| 14092910 | Sst/medallion, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Jul 25 2023 23:46:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 25 2023 23:46:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14773772 | + Email/Text: BK@servicingdivision.com | Jul 25 2023 23:46:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14092888 | Email/Text: BarclaysBankDelaware@tsico.com | Jul 25 2023 23:46:00 | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 14092889 | Email/Text: BarclaysBankDelaware@tsico.com | Jul 25 2023 23:46:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14092891 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2023 23:56:32 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 14112435 | + Email/PDF: ebn_ais@aisinfo.com | Jul 25 2023 23:56:28 | CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14092895 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 25 2023 23:46:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Dr, Riverside, RI 02915-3019 |
| 14092896 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 25 2023 23:46:00 | Citizens Bank NA, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 14128266 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2023 23:56:31 | CVI SGP-CO Acquisition Trust C/O Resurgent Capital, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14092890 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2023 23:56:48 | Cap1/cbela, 4800 NW 1st St Ste 300, Lincoln, NE 68521-4463 |
| 14092892 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2023 23:56:48 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14092897 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 18-12567-pmm  Doc 98  Filed 07/27/23  Entered 07/28/23 00:31:35  Desc Imaged
Certificate of Notice  Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 25, 2023 | Form ID: 138OBJ | Total Noticed: 51 |

| | | | |
|---|---|---|---|
| | | Jul 25 2023 23:46:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14092899 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2023 23:46:00 | Comenitybank/venus, PO Box 182789, Columbus, OH 43218-2789 |
| 14092898 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2023 23:46:00 | Comenitybank/venus, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14092900 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2023 23:46:00 | Comenitybank/victoria, PO Box 182789, Columbus, OH 43218-2789 |
| 14092901 | Email/Text: bk@freedomfinancialnetwork.com | Jul 25 2023 23:46:00 | Freedom Plus, 1875 S Grant St, San Mateo, CA 94402-2666 |
| 14092893 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 25 2023 23:56:07 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 14092894 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 25 2023 23:56:08 | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850-5298 |
| 14092903 + | Email/Text: BKRMailOPS@weltman.com | Jul 25 2023 23:46:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 14092902 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2023 23:46:00 | Kay Jewelers, Attn: Bankruptcy, PO Box 1799, Akron, OH 44309-1799 |
| 14092904 | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 25 2023 23:46:00 | Kay Jewelers/Genesis, 15220 NW Greenbrier Pkwy Ste, Beaverton, OR 97006-5744 |
| 14601130 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2023 23:56:09 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14092905 | Email/Text: bankruptcy@signetjewelers.com | Jul 25 2023 23:46:00 | Leroys Jewelers, Sterling Jewelers, Inc/Attn: Bankruptcy, PO Box 1799, Akron, OH 44309-1799 |
| 14119711 + | Email/Text: bankruptcydpt@mcmcg.com | Jul 25 2023 23:46:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14101969 + | Email/Text: SSTBKNotices@nationalbankruptcy.com | Jul 25 2023 23:46:00 | Medallion Bank, c/o Systems & Services Technologies,Inc, PO Box 9013, Addison, Texas 75001-9013 |
| 14092906 | Email/PDF: pa_dc_claims@navient.com | Jul 25 2023 23:56:29 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 14092907 | Email/PDF: pa_dc_claims@navient.com | Jul 25 2023 23:56:31 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 14108237 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jul 25 2023 23:46:00 | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., GLHEC and Affiliates, PO BOX 8961, Madison, WI 53708-8961 |
| 14092908 | Email/Text: kelly.bisek@ndus.edu | Jul 25 2023 23:46:00 | Ndslsc, PO Box 5675, Fargo, ND 58105 |
| 14123993 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2023 23:56:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14121335 | Email/Text: bnc-quantum@quantum3group.com | Jul 25 2023 23:46:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14125085 | Email/Text: bnc-quantum@quantum3group.com | Jul 25 2023 23:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14116358 | Email/Text: ebn_bkrt_forms@salliemae.com | Jul 25 2023 23:46:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14092909 | Email/Text: ebn_bkrt_forms@salliemae.com | Jul 25 2023 23:46:00 | Sallie Mae, PO Box 3229, Wilmington, DE 19804-0229 |
| 14092912 | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2023 23:56:08 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 14094202 + | Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 25 2023 23:56:09 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14092913 | | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2023 23:56:53 | Synchrony Bank/ Jc Penneys, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14092914 | + | Email/Text: BK@servicingdivision.com | Jul 25 2023 23:46:00 | The Money Source Inc, 500 S Broad St, Meriden, CT 06450-6755 |
| 14633317 | + | Email/Text: BK@servicingdivision.com | Jul 25 2023 23:46:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 14664374 | ^ | MEBN | Jul 25 2023 23:42:30 | The Money Source Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14110957 | | Email/Text: electronicbkydocs@nelnet.net | Jul 25 2023 23:46:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, P O BOX 8973, MADISON, WI 53708-8973 |
| 14092915 | | Email/Text: electronicbkydocs@nelnet.net | Jul 25 2023 23:46:00 | US Dept of Ed/Glelsi, PO Box 7860, Madison, WI 53707-7860 |
| 14092916 | | Email/Text: electronicbkydocs@nelnet.net | Jul 25 2023 23:46:00 | US Dept of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Ln, Madison, WI 53704-3121 |
| 14124702 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 25 2023 23:56:51 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. BOX 19657, IRVINE, CA 92623-9657 |
| 14092917 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 25 2023 23:56:28 | Wells Fargo Dealer Services, Attn: Bankruptcy, PO Box 19657, Irvine, CA 92623-9657 |
| 14092918 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 25 2023 23:56:08 | Wells Fargo Dealer Svc, PO Box 1697, Winterville, NC 28590-1697 |
| 14092919 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2023 23:56:10 | Worlds Foremost Bank N, Attn: Bankruptcy, 4800 NW 1st St, Lincoln, NE 68521-4463 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14102010 | *+ | Medallion Bank, c/o Systems & Services Technologies, Inc, PO Box 9013, Addison, Texas 75001-9013 |
| 14387788 | ##+ | Law Office of Everett Cook, P.C., 2309 MacArthur Rd., Whitehall PA 18052-4523 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2023     Signature:     /s/Gustava Winters

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 25, 2023 | Form ID: 138OBJ | Total Noticed: 51 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com |
| JOHN EVERETT COOK | on behalf of Debtor Matthew Marlowe bankruptcy@everettcooklaw.com G29494@notify.cincompass.com |
| JOHN EVERETT COOK | on behalf of Joint Debtor Misty Lynn Marlowe bankruptcy@everettcooklaw.com G29494@notify.cincompass.com |
| KERI P EBECK | on behalf of Creditor Systems & Services Technologies  Inc. as servicer for Medallion Bank kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| SCOTT DAVID FINK | on behalf of Creditor Citizens Bank N.A. sfink@weltman.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Matthew Marlowe and Misty Lynn Marlowe

    Debtor(s)

Case No: 18−12567−pmm

Chapter: 13

_____

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/25/23

97 − 95
Form 138OBJ