| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-12567-PMM

MATTHEW MARLOWE  
MISTY LYNN MARLOWE  
830 WALTERS ST  
BETHLEHEM PA 18017-6022

Petition Filed Date: 04/18/2018  
341 Hearing Date: 05/22/2018  
Confirmation Date: 09/12/2019

Case Status: Completed on 6/27/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $524.00 | | 09/13/2022 | $524.00 | | 10/11/2022 | $584.00 | |
| 11/22/2022 | $524.00 | | 01/11/2023 | $524.00 | | 01/30/2023 | $524.00 | |
| 02/28/2023 | $524.00 | | 03/29/2023 | $524.00 | | 05/01/2023 | $524.00 | |
| 06/06/2023 | $524.00 | | 06/27/2023 | $198.44 | | | | |

**Total Receipts for the Period: $5,498.44    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $25,000.16**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 6 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $987.99 | $173.19 | $814.80 |
| 1 | CITIZENS BANK N.A.<br>»» 01A | Secured Creditors | $693.48 | $693.48 | $0.00 |
| 1 | CITIZENS BANK N.A.<br>»» 01B | Secured Creditors | $2,027.92 | $2,027.92 | $0.00 |
| 13 | QUANTUM3 GROUP LLC as agent for<br>»» 013 | Unsecured Creditors | $145.43 | $25.49 | $119.94 |
| 14 | QUANTUM3 GROUP LLC as agent for<br>»» 014 | Unsecured Creditors | $249.70 | $43.71 | $205.99 |
| 15 | FREEDOM FINANCIAL ASSET MANAGEMENT<br>»» 015 | Unsecured Creditors | $22,550.27 | $3,954.31 | $18,595.96 |
| 3 | GLHEC & AFFILIATES<br>»» 003 | Unsecured Creditors | $6,173.85 | $1,082.61 | $5,091.24 |
| 4 | GLHEC & AFFILIATES<br>»» 004 | Unsecured Creditors | $2,908.74 | $510.08 | $2,398.66 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 009 | Unsecured Creditors | $559.74 | $98.09 | $461.65 |
| 10 | MOMA FUNDING LLC<br>»» 010 | Unsecured Creditors | $205.41 | $36.01 | $169.40 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $2,091.79 | $366.87 | $1,724.92 |
| 16 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $2,029.79 | $355.99 | $1,673.80 |
| 2 | SYSTEMS & SERVICES TECH INC<br>»» 002 | Secured Creditors | $548.32 | $548.32 | $0.00 |
| 7 | SALLIE MAE<br>»» 007 | Unsecured Creditors | $3,395.04 | $595.35 | $2,799.69 |
| 8 | SALLIE MAE<br>»» 008 | Unsecured Creditors | $5,039.75 | $883.77 | $4,155.98 |

**Chapter 13 Case No. 18-12567-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 5 | US DEPARTMENT OF EDUCATION<br>»» 005 | Unsecured Creditors | $45,699.83 | $8,013.83 | $37,686.00 |
| 12 | WELLS FARGO DEALER SERVICES<br>»» 12S | Secured Creditors | $700.03 | $700.03 | $0.00 |
| 12 | WELLS FARGO DEALER SERVICES<br>»» 12U | Unsecured Creditors | $4,960.93 | $869.99 | $4,090.94 |
| 17 | JOHN EVERETT COOK ESQ<br>»» 017 | Attorney Fees | $1,878.77 | $1,878.77 | $0.00 |
| 17 | ALLIED FIRST BANK SB DBA SERVBANK<br>»» 018 | Secured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,000.16 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $22,857.81 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,142.35 | Total Plan Base: | $25,000.16 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.