United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-12567-pmm |
| Matthew Marlowe | Chapter 13 |
| Misty Lynn Marlowe | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 18, 2023 | Form ID: 3180W | Total Noticed: 17 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Matthew Marlowe, Misty Lynn Marlowe, 830 Walters St, Bethlehem, PA 18017-6022 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Aug 18 2023 23:28:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 18 2023 23:28:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14773772 | + Email/Text: BK@servicingdivision.com | Aug 18 2023 23:28:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14112435 | + EDI: AIS.COM | Aug 19 2023 03:28:00 | CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14092895 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 18 2023 23:28:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Dr, Riverside, RI 02915-3019 |
| 14092901 | Email/Text: bk@freedomfinancialnetwork.com | Aug 18 2023 23:28:00 | Freedom Plus, 1875 S Grant St, San Mateo, CA 94402-2666 |
| 14601130 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2023 23:39:33 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14119711 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 18 2023 23:28:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14102010 | + Email/Text: SSTBKNotices@nationalbankruptcy.com | Aug 18 2023 23:28:00 | Medallion Bank, c/o Systems & Services Technologies, Inc, PO Box 9013, Addison, Texas 75001-9013 |
| 14108237 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Aug 18 2023 23:28:00 | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., GLHEC and Affiliates, PO BOX 8961, Madison, WI 53708-8961 |
| 14123993 | EDI: PRA.COM | Aug 19 2023 03:28:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14121335 | EDI: Q3G.COM | Aug 19 2023 03:28:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14125085 | EDI: Q3G.COM | Aug 19 2023 03:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

District/off: 0313-4 — User: admin — Page 2 of 2
Date Rcvd: Aug 18, 2023 — Form ID: 3180W — Total Noticed: 17

14116358   EDI: SALLIEMAEBANK.COM
Aug 19 2023 03:28:00   Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319

14110957   Email/Text: electronicbkydocs@nelnet.net
Aug 18 2023 23:28:00   UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, P O BOX 8973, MADISON, WI 53708-8973

14124702   EDI: WFFC2
Aug 19 2023 03:28:00   Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. BOX 19657, IRVINE, CA 92623-9657

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

Recip ID   Bypass Reason   Name and Address
14387788   ##+   Law Office of Everett Cook, P.C., 2309 MacArthur Rd., Whitehall PA 18052-4523

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2023   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2023 at the address(es) listed below:

Name — Email Address

BRIAN CRAIG NICHOLAS
on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com

JOHN EVERETT COOK
on behalf of Debtor Matthew Marlowe bankruptcy@everettcooklaw.com  G29494@notify.cincompass.com

JOHN EVERETT COOK
on behalf of Joint Debtor Misty Lynn Marlowe bankruptcy@everettcooklaw.com  G29494@notify.cincompass.com

KERI P EBECK
on behalf of Creditor Systems & Services Technologies  Inc. as servicer for Medallion Bank kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

SCOTT DAVID FINK
on behalf of Creditor Citizens Bank N.A. sfink@weltman.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | Matthew Marlowe | Social Security number or ITIN   xxx–xx–1980 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Misty Lynn Marlowe | Social Security number or ITIN   xxx–xx–5011 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of Pennsylvania | | |
| Case number:   18–12567–pmm | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Matthew Marlowe
aka Matthew J. Marlowe, aka Matthew James
Marlowe

Misty Lynn Marlowe
aka Misty L. Marlowe, aka Misty Marlowe

8/17/23

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**