United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-12567-pmm

Matthew Marlowe  Chapter 13

Misty Lynn Marlowe

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 16, 2023 | Form ID: 195 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Matthew Marlowe, Misty Lynn Marlowe, 830 Walters St, Bethlehem, PA 18017-6022 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2023  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com |
| JOHN EVERETT COOK | on behalf of Debtor Matthew Marlowe bankruptcy@everettcooklaw.com g29494@notify.cincompass.com;cook.everettb129037@notify.bestcase.com |
| JOHN EVERETT COOK | on behalf of Joint Debtor Misty Lynn Marlowe bankruptcy@everettcooklaw.com g29494@notify.cincompass.com;cook.everettb129037@notify.bestcase.com |
| KERI P EBECK | on behalf of Creditor Systems & Services Technologies Inc. as servicer for Medallion Bank kebeck@bernsteinlaw.com, jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| SCOTT DAVID FINK | on behalf of Creditor Citizens Bank N.A. sfink@weltman.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 16, 2023 | Form ID: 195 | Total Noticed: 1 |

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                : Chapter 13

Matthew Marlowe and Misty Lynn Marlowe               : Case No. 18−12567−pmm
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , October 16, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

106
Form 195